NUMBER 13-09-00414-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

DAVID OHRT, SANDRA HESTER AND 

JUDY SINAST, Appellants,


v.



CALPINE CORPORATION, Appellee. 

_____________________________________________________________


On appeal from the 24th District Court 


of Victoria County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Benavides, and Vela
Memorandum Opinion Per Curiam


 David Ohrt, Sandra Hester, and Judy Sinast, perfected an appeal from a judgment
entered by the 24th District Court of Victoria County, Texas, in cause number
01-12-57,427-A (David Ohrt, Sandra Hester, and Judy Sinast, v. Union Gas Corporation,
et. al. appellate cause number 13-05-00621-CV). This cause is presently before the Court
on appellants' unopposed motion to dismiss Calpine Corporation (Calpine Natural Gas
Company) without prejudice.

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED
WITHOUT PREJUDICE. Costs will be taxed against appellants. See Tex. R. App. P.
42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). 
See Tex. R. App. P. 42.1(d). Having dismissed the appeal at appellants' request, no
motion for rehearing will be entertained, and our mandate will issue forthwith.

 It is so ORDERED.

 PER CURIAM

Memorandum Opinion delivered 

and filed this the 8th day of October, 2009.